# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-7083**

**September Term, 2021**

**1:18-cv-00140-TJK**

**Filed On:** October 19, 2021

Constante P. Barot and Dolores Barot,

      Appellants

    v.

Aldon Management,

      Appellee

**BEFORE:** Katsas and Walker, *Circuit Judges*, and Ginsburg, *Senior Circuit Judge*.

# UNDER SEAL JUDGMENT
# NOT AVAILABLE TO PUBLIC